UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | |
| | ) | VIOLATION: 05 CR 10134 JLT |
| Ponnudurai Gunarajasingam, | ) | |
| | ) | 26 U.S.C. § 7201 |
| Defendant. | ) | Tax Evasion |

## INFORMATION

COUNT 1:   (26 U.S.C. § 7201) - (Tax Evasion)

The United States Attorney charges that:

From on or about January 1, 1994 and continuing until on or about April 15, 1995, in the District of Massachusetts,

**Ponnudurai Gunarajasingam,**

the defendant herein, unlawfully, willfully, and knowingly did attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for calendar year 1994, by various means, including, among other things, by preparing and causing to be prepared, signing and causing to be signed, and filing and causing to be filed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, for 1994, on behalf of himself and his spouse, which was filed with the Internal Revenue Service (IRS), wherein the defendant **Ponnudurai Gunarajasingam** reported taxable income of -$206,427 and tax due and owing of $0.00, whereas, as **Ponnudurai Gunarajasingam** then and there well knew and believed, he had failed to report a substantial amount of income earned from Lynn Dental Clinic and Dental Health International, and the correct total taxable income and tax due was substantially in excess of the amounts reported.

(All in violation of Title 26, United States Code, Section 7201.)

**COUNT 2:**   (26 U.S.C. § 7201) - Tax Evasion)

The United States Attorney further charges that:

From on or about January 1, 1995 and continuing until on or about April 15, 1996, in the District of Massachusetts,

**Ponnudurai Gunarajasingam,**

the defendant herein, unlawfully, willfully, and knowingly did attempt to evade and defeat a large part of the income tax due and owing by him and his spouse to the United States of America for calendar year 1995, by various means, including, among other things, by preparing and causing to be prepared, signing and causing to be signed, and filing and causing to be filed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, for 1995, on behalf of himself and his spouse, which was filed with the Internal Revenue Service (IRS), wherein the defendant **Ponnudurai Gunarajasingam** reported taxable income of -$79,425 and tax due and owing of $0.00, whereas, as **Ponnudurai Gunarajasingam** then and there well knew and believed, he had failed to report a substantial amount of income earned from Lynn Dental Clinic and Dental Health International, and the correct total taxable income and tax due was substantially in excess of the amounts reported.

(All in violation of Title 26, United States Code, Section 7201.)

MICHAEL J. SULLIVAN<br>
UNITED STATES ATTORNEY<br><br>
By: _____<br>
SCOTT LAWSON<br>
Trial Attorney<br>
U.S. Department of Justice

≈JS 45 (5/97) - (Revised USAO MA 6/2004)

**05 CR 10134 JLT**

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** IRS Service Ctr. | **Category No.** III | **Investigating Agency** IRS |
| **City** Andover | **Related Case Information:** | |
| **County** Essex | Superseding Ind./ Inf.  No | Case No.  N/A |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  Pornudurai Gunarajasingam          Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  14 Eugene Dr., Winchester, MA 01890

Birth date (Year only): 1950   SSN (last 4 #): 9339   Sex M   Race: unk.   Nationality: unk.

Defense Counsel if known:  Paul Dee       Address: 268 Summer St., Boston, MA 02210
                                                    (617) 357-0808

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Scott Lawson (scott.r.lawson@usdoj.gov)     Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  Two

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  5/31/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7201 | Tax Evasion | 1-2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**