Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10134 JLT |
| ) | |
| PONNUDURAI GUNARAJASINGAM ) | |

## WAIVER OF INDICTMENT

I, **PONNUDURAI GUNARAJASINGAM**, the above-named defendant, who is accused of two counts of tax evasion for tax years 1994 and 1995, in violation of 26 U.S.C. §7201, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on August 4, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
PONNUDURAI GUNARAJASINGAM
Defendant

_____
Paul J. Dee
Counsel for the Defendant

Before: _____
Hon. Joseph L. Tauro
U.S. District Judge