Honorable Sir,

Herewith I am enclosing a letter in my own handwriting. Since, owing to my age my hand is shaky, my handwriting is illegible. I am sorry, and hence am attaching a printed copy of my letter.

Yrs Truly.

(Mrs) M. Jayasundaram,

MEENA JAYASUNDRAM,
14 EUGENE DRIVE,
WINCHESTER,
MA 01890.
oct 5th 2005.

Honorable Judge Tauro,
United District Court,
1 Courthouse way 1200,
Boston MA 02210.
Honorable Sir,
                    I am mrs meena
Jayasundram. I am eighty five years
old and I want to submit a few
facts regarding my son-in-law
mr P. Gunarajasingam. In 1985 all
my five children left Sri Lanka.
owing to the civil war, especially due
to communal problem. I, a widow
was left alone under that precarious
situation. my daughter Jayasri
the wife of said Gunarajasingam and
my son-in-law, got me down to U.S.A
in 1985. From that day on, I am
living with Jeyasri and Gunarajasingam
without any unpleasantness or negligence
I want to emphasize and write you

that every word I write in this letter is genuine truth.

From the day Mr Gnanarayanagam stepped into my family, he failed not, to help my children, whenever opportunity arose. My third daughter Mrs T. Sivayoganathan's husband lost his job in England and Mr Gnanaraja- -sugam is helping them financially. Also he helps my second daughter, Mrs D.V.H Jayalini Maria Vrappu, a widow, morally. She too lives in U.K with her 3 kids.

As far as I am concerned, it is no exaggeration that I am writing you he is more or less a son to me rather than a son-in-law. My daughter comes home from work late, so my son whom I call Gnana warms up the dinner and serves me daily. Also he takes me to all medical appointments. He is very prompt, caring and sharing. He does lot of selfless service to the needy people.

Hope this is quite sufficient to convince the character of my son-a-law Sir, at this age I need my son Gnana to help me in every respect

Thank you

yos truly

(Mrs) M. Jeyasundram

Meena Jayasundram,
14 Eugene Drive,
Winchester, Ma 01890.
October 5, 2005.

Honorable Judge Tauro,
United District Court,
1 Courthouse Way, suite 1200
Boston, Ma 02210.

Honorable Sir,

I am Mrs. Meena Jayasundram, mother-in-Law of Mr. Ponnudurai
Gunarajasingam. I am eighty five years old, and I want to submit few facts regarding my
son-in-law. In 1985 since all my children had left Sri Lanka owing to the civil war
especially due to communal problem, I, a widow was left alone under precarious
situation. My daughter Jeyasri the wife of said Gunarajasingam, and my son-in-law got
me down to U.S.A. in 1985. From that day on I am living with Jeyasri and
Gunarajasingam, without any unpleasantness or negligence I want to emphasize, and
write to you that every word I say in this letter is genuine truth.

From the day he Mr. Gunarajasingam stepped into my family, he failed
not to help all my children (five including Jeyasri) whenever opportunity arose. My third
daughter's husband lost his job in U.K. he is helping them even now financially. Also he
helps my second widow daughter with moral support whenever she needs. She resides in
U.K. with her kids.

As far as I am concerned it is no exaggeration that I am writing to you. He
is more or less a son to me rather than a son-in-law. My daughter Jeyasri comes home
from work late, so my son that I call Guna prepare my dinner and serves me daily, Also
he takes me to all my medical appointments. He is very prompt, caring and sharing. He
does lot of selfless service to the poor & needy.

Hope this is quite sufficient to convince the character of my son-in-law
Mr.Gunarajasingam. Sir, at this old age I need my son Guna to help me in every respect.

Thank you in advance for your kind consideration.

Yours Truly,

Mrs. Meena Jayasundram.