UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 28  P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA  )
                                       )
        v.                            )    CR. NO. 05-10134-JLT
                                       )
PONNUDURAI GUNARAJASINGAM  )

### DEFENDANT'S EMERGENCY MOTION
### TO CONTINUE SENTENCING HEARING

      NOW COMES the Defendant, Ponnudurai Gunarajasingam, by and through his undersigned counsel, and moves that this Honorable Court continue his Sentencing Hearing, scheduled for November 29, 2005, to a date on or after December 5, 2005. As the basis for his motion, the Defendant states as follows:

    1.    On Sunday, November 27, 2005, after experiencing several days of increasing lower-back pain, the Defendant sought medical care at the Urgent Care Facility of Harvard-Vanguard Medical Associates in Somerville, Massachusetts. (A true and complete copy of a statement confirming his visit is attached hereto as 'Exhibit A')

    2.    After being evaluated, he was given prescriptions for Darvocet and Cyclobenzatrite. Darvocet is a pain-control medication, while Cyclobenzatrite is a muscle relaxer. He had those prescriptions filled, and he began taking both medications, on November 27, 2005.

    3.    The Defendant's primary care physician has advised that the Defendant should neither drive nor work while taking his prescribed medications. (A true and complete copy of the physician's advice is attached hereto as 'Exhibit B')

    4.    In addition to impairing the Defendant's motor functions, the prescribed medications

Cr. No. 05-10134-JLT

also impair his ability to fully comprehend, and participate in, the proceeding scheduled for November 29, 2005.

    5.    There have been no prior requests for a continuance of the sentencing hearing.

    6.    Undersigned counsel has advised government counsel, Karen E. Kelly, Esq., of this motion, and has discussed this motion with her. Ms. Kelly has advised undersigned counsel that the government does not object to the granting of this motion.

WHEREFORE, it is prayed that this motion be granted.

Dated: 11/28/05

Respectfully submitted,
Ponnudurai Gunarajasingam,
by his attorney

Paul J. Dee, Jr.
B.B.O. No. 117840

Truelove, Dee & Chase, LLP
268 Summer Street
Boston, Massachusetts 02210
Tel. (617) 357-0808

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING HEARING** was served upon Counsel for the United States, Karen E. Kelly, Esq., on November 28, 2005 via electronic mail addressed to her at karen.e.kelly@usdoj.gov.

Paul J. Dee, Jr.

**Harvard**
**Vanguard**
**Medical Associates**

*A major teaching affiliate of Harvard Medical School*

November 27, 2005

To Whom It May Concern:

Ponnudurai Gunarajasingam has been under my care for a recent illness. Please excuse him from work from 11/27/05 to 12/1/05.

Sincerely,

*[signature]*

Alyson Ames PA-C
Harvard Vanguard
Urgent Care



**Harvard
Vanguard**
Medical Associates

*A major teaching affiliate of Harvard Medical School*

November 28, 2005

To Whom It May Concern:

Ponnudurai Gunarajasingam will be out of work from 11/27/05 to 12/01/05 due to low back pain rendering him home on medications that do not permit him to drive, work, or operate machinery. He was seen in our Urgent Care department on 11/27/05 in Somerville. If his symptoms have improved, he may return to work full-time with no restrictions on 12/02/05.

Sincerely yours,

*Rachel Perla MD*

Rachel Perla, MD

**Medford**
26 City Hall Mall         (781) 306-5100
Medford, MA 02155        www.harvardvanguard.org