# TRUELOVE, DEE & CHASE, LLP

268 SUMMER STREET
BOSTON, MASSACHUSETTS 02210
(617) 357-0808  Fax (617) 357-0909
pjd@truelovedee.com

FILED
IN CLERKS OFFICE

2005 DEC 13  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 13, 2005

**BY HAND**

Sarah A. Thornton, Clerk
U.S. District Court
Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

FILING FEE PAID
RECEIPT # 68897
AMOUNT $ 200.00
BY DPTY CLK  Tom
DATE 12/13/05

Re:   United States v. Ponnudurai Gunarajasingam
      Cr. No. 05-10134-JLT

Dear Ms. Thornton:

   Enclosed please find the above-referenced defendant's check in the amount of $ 200.00, representing full payment of the special assessment ordered at his sentencing on December 8, 2005.

   Thank you for your attention to this matter.

Very truly yours,

Paul J. Dee, Jr.
B.B.O. No. 117840
Counsel for Defendant

PJD/tl
Enclosure

cc:   Mr. Gunarajasingam