# UNITED STATES PROBATION DEPARTMENT
## DISTRICT OF MASSACHUSETTS
## MEMORANDUM



**To:**     The Honorable Joseph L. Tauro
U.S. District Judge

**From:**   Erin Hennemann
U. S. Probation Officer Assistant

**Re:**     **Assignment to the Administrative/Low Intensity Caseload**

**Date:**   April 4, 2008

In 1988, the Judicial Conference Committee on Criminal Law and
Probation Administration established a Subcommittee and Task Force
on Supervision to address problems in supervision.  In June, 1991,
as a result of their work, the Committee on Criminal Law and
Probation approved the new Supervision Monograph 109.    The
Monograph's emphasis on enhanced supervision actually came about as
an answer to neglected supervision due to probation resources spent
on Presentence Reports due to the implementation of the Guidelines.

The basic philosophy behind the Monograph is that offenders need to
be seen purposefully.  If there is no purpose to Probation Officer
contacts, then those contacts need not be made for their own sake.
Instead, valuable Probation Officer time should be spent with
offenders who truly need services.

With this in mind, a new category of supervision has been devised
that will enable officers to relieve themselves of the duty to make
regular personal contact with certain clients who meet the criteria
laid out in the Monograph.  We have reviewed our caseload and note
that the following client sentenced by Your Honor meets the
criteria and will be placed in an Administrative/Low Intensity
Caseload:

### GUNARAJASINGAM, Ponnudurai Docket #1:05CR10134-01-JLT

We shall continue to monitor monthly report forms, requests for
travel, fines and restitution, and any new criminal activity.  The
offender has been informed s/he continues to be responsible for
compliance with all conditions set by the Court.

Approved By:  _____

Alicia Howarth
Supervising U. S. Probation officer

*595 Main Street, Room 302, Worcester, MA 01608-2076*